THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AUDIOWEAR TECHNOLOGY CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>THE, PARTERNSHIPS, CORPORATIONS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>*Defendants.* | Case No. 1:24-cv-11797<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Jeannice W. Appenteng |

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and pursuant to a confidential settlement agreement, Plaintiff Audiowear Technology Corporation, by and through its undersigned counsel, hereby voluntarily dismisses its claims against Defendant Nos. 7, 9, 12, 15, 36, 95, 96, 97, 98, 99, and 100 with prejudice, and with each party bearing its own attorneys' fees and costs.

Dated: 24th day February of 2025

Respectfully submitted,

/s/ Matthew R. Lighthouse
Matthew R. Lighthouse (Illinois #6304834)
matt.lighthouse@lozaip.com
Lena N. Bacani
lena.bacani@lozaip.com
Loza & Loza, LLP
305 N. Second Ave., #127
Upland, CA 91786
Phone: (872) 314-1374

*Counsel for Plaintiff*