### IN THE UNITED STATES DISTRICT COURT FOR
### THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AUDIOWEAR TECHNOLOGY CORPORATON,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, et al.,<br><br>Defendants. | Case No. 24-cv-11797<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Jeannice W. Appenteng** |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff Audiowear Technology Corporation ("Plaintiff"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 55(b), moves this Honorable Court for an entry of default and default judgment against the non-dismissed Defendants in this case. In support of this Motion, Plaintiff submits the accompanying Memorandum and a further Declaration of Matthew R. Lighthouse.

Dated: March 13, 2025

Respectfully submitted,

/s/ Matthew R. Lighthouse
Matthew R. Lighthouse (Illinois #6304834)
matt.lighthouse@lozaip.com
Lena N. Bacani (*pro hac vice* to be filed)
lena.bacani@lozaip.com
Loza & Loza, LLP
305 N. Second Ave., #127
Upland, CA 91786
Phone: (872) 314-1374

*Counsel for Plaintiff*